AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RUSSELL GAITHER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-094

SGT. JAMES DEAL, Warden; MARTY ALLEN, Warden; DEPUTY WARDEN SHEENA BLACK; and MR. ODGEN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of September 24, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Accordingly, Plaintiff's request to proceed in forma pauperis is DENIED, Plaintiff's Motions for appointment of counsel and Motion to AMEND are DENIED AS MOOT, this action is DISMISSED without prejudice, and this civil action stands CLOSED.

| | |
|---|---|
| 09/24/2020 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | *Tara H. Burton* |
| | (By) Deputy Clerk |

GAS Rev 10/2020